USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 5 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

JAMAL WATSON a/k/a "Jiggles",
a/k/a "Cedric",
PERRY WELLS,
STEVE CAMPBELL,
KARL DUNCAN,
ALBERT MCDUFFIE, a/k/a "Alley Cat",
SILVESTRE MAHON, a/k/a "Kito",
ROBERT CHERRY,
LEO RUSS, and
RUSSELL COOK,

    Defendants.

- - - - - - - - - - - - - - - - X

SEALED INDICTMENT

19 Cr.

**19 CRIM 212**

## COUNT ONE

The Grand Jury charges:

1. From at least in or about October 2016, up to and including the present, in the Southern District of New York and elsewhere, JAMAL WATSON a/k/a "Jiggles", a/k/a "Cedric", PERRY WELLS, STEVE CAMPBELL, KARL DUNCAN, ALBERT MCDUFFIE, a/k/a "Alley Cat", SILVESTRE MAHON, a/k/a "Kito", ROBERT CHERRY, LEO RUSS, and RUSSELL COOK, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that

**JUDGE CAPRONI**

JAMAL WATSON a/k/a "Jiggles", a/k/a "Cedric", PERRY WELLS, STEVE CAMPBELL, KARL DUNCAN, ALBERT MCDUFFIE, a/k/a "Alley Cat", SILVESTRE MAHON, a/k/a "Kito", ROBERT CHERRY, LEO RUSS, and RUSSELL COOK, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that JAMAL WATSON a/k/a "Jiggles", a/k/a "Cedric", PERRY WELLS, STEVE CAMPBELL, KARL DUNCAN, ALBERT MCDUFFIE, a/k/a "Alley Cat", SILVESTRE MAHON, a/k/a "Kito", ROBERT CHERRY, LEO RUSS, and RUSSELL COOK, the defendants, conspired to distribute and possess with intent to distribute was 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Count One of this Indictment, JAMAL WATSON a/k/a "Jiggles", a/k/a "Cedric", PERRY WELLS, STEVE CAMPBELL, KARL DUNCAN, ALBERT MCDUFFIE, a/k/a "Alley Cat", SILVESTRE MAHON, a/k/a "Kito", ROBERT CHERRY, LEO RUSS, and RUSSELL COOK, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or

derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Asset Provision

5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

   (Title 18, United States Code, Section 982;
   Title 21, United States Code, Section 853; and
   Title 28, United States Code, Section 2461.)

_____          _____
FOREPERSON                               GEOFFREY S. BERMAN
                                         United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JAMAL WATSON a/k/a "Jiggles" a/k/a "Cedric", PERRY WELLS, STEVE CAMPBELL, KARL DUNCAN, ALBERT MCDUFFIE, a/k/a "Alley Cat", SILVESTRE MAHON, a/k/a "Kito", ROBERT CHERRY, LEO RUSS, and RUSSELL COOK,

Defendants.

---

INDICTMENT

19 Cr. ___

(21 U.S.C. § 846.)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*
FOREPERSON

---

03/25/19  SEALED INDICTMENT FILED
(CA)  W/ARREST WARRANTS
       KH PARKER
       USMJ