UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                              :

UNITED STATES OF AMERICA           :

                                                       :     **GOVERNMENT'S FORFEITURE**
                      -v.-                        :     **BILL OF PARTICULARS**

JAMAL WATSON,                           :     19 Cr. 212 (VEC)
     a/k/a "Jiggles,"
     a/k/a "Cedric,"
PERRY WELLS,
STEVE CAMPBELL,
KARL DUNCAN,
ALBERT MCDUFFIE,
     a/k/a "Alley Cat,"
SILVESTRE MAHON,
     a/k/a "Kito,"
ROBERT CHERRY,
LEO RUSS, and
RUSSELL COOK,
                   Defendants.
-------------------------------------------------------- x

        Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offense charged in Count One of the Indictment, as alleged in the Forfeiture Allegation and/or the Substitute Asset Provision in the Indictment, includes but is not limited to the following:

        i)    116-48 Lincoln Street, South Ozone Park, New York 11420; and
        ii)   111-37 133rd Street, South Ozone Park, New York 11420.

Dated:  New York, New York
         March 28, 2019

                                                     GEOFFREY S. BERMAN
                                                     United States Attorney for the
                                                     Southern District of New York

                              By:  _____
                                                     LOUIS PELLEGRINO
                                                     Assistant United States Attorney
                                                     Tel.: (212) 637-2617