USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-                               19-CR-212-2 (VEC)

PERRY WELLS,                             ORDER

                Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 14, 2019, the parties appeared for a change of plea hearing with this Court; and

       WHEREAS at the November 14, 2019 conference, Defendant entered a plea of guilty to a lesser included offense of Count I of the Indictment; and

       WHEREAS the Court accepted Defendant's guilty plea;

       IT IS HEREBY ORDERED THAT sentencing is scheduled for **February 21, 2020 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse. Sentencing submissions from both sides are due not later than **February 7, 2020**.

**SO ORDERED.**

**Date: November 14, 2019**                          _____
      **New York, NY**                            **VALERIE CAPRONI**
                                                      **United States District Judge**