U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2019

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Jamal Watson,* **19 Cr. 212** (VEC)

Dear Judge Caproni:

The parties write respectfully to request a change of plea hearing for the above-captioned defendant on December 18, 2019, at 11:00 a.m., or at any other time convenient to the Court.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/
Louis A. Pellegrino
Assistant United States Attorney
Tel.   (212) 637-2617
louis.pellegrino@usdoj.gov

---

Application GRANTED. Unless stated otherwise in a later notice, the proceeding is expected to take place in Courtroom 443 at 40 Foley Square, New York, New York, 10007.

SO ORDERED.        Date: 12/13/2019

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE