USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-                                   19-CR-212-2 (VEC)

PERRY WELLS,                                 ORDER

                          Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 10, 2022, Mr. Wells filed a letter requesting that his sentence be recalculated, Dkt. 310; and

    WHEREAS the Court construes Mr. Wells' motion as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    IT IS HEREBY ORDERED that the Clerk of Court is directed to open a parallel civil case for Mr. Wells' habeas petition. The document at 19-CR-212, Dkt. 310, should be docketed as docket entry 1 in the new civil case.

    The Clerk of Court is further directed to mail a copy of this Order to Perry J. Wells, Reg. No. 86769-054, FCI Fort Dix, Federal Correctional Institution, P.O. Box 2000, Joint Base MDL, NJ 08640, and to note the mailing on the docket.

**SO ORDERED.**

Date: **January 10, 2022**                          _____
      New York, NY                           **VALERIE CAPRONI**
                                            **United States District Judge**